NEW YORK TRAP ROCK CORPORATION et al., on Behalf of Themselves and All Other Creditors of Borough Asphalt Company and Sprague Construction Co., Inc., Plaintiffs-Respondents; EDMONDS-LANGER ELECTRIC COMPANY et al., Claimants-Respondents, v. NATIONAL BANK OF FAR ROCKAWAY, Appellant.

Submitted November 13, 1944; decided November 15, 1944.

*Daniel Combs, William J. Moran, Louis Galli* and *B. J. McGlinn* for motion.

*Carl E. Peterson* and *Joseph F. Finkelstein* opposed.

Motion denied, without costs.